USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/09/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    - v. -                          :

CATARINA PIETRA TOUMEI,            :
  a/k/a "Lady Catarina Pietra Toumei,"
                        :
                Defendant.
                        :

- - - - - - - - - - - - - - - - - - - x

ORDER

11 Cr. 560 (DAB)

      WHEREAS, the Office of the United States Attorney for the Southern District of New York has indicated its intention to file a Superseding Misdemeanor Information in this matter, charging the defendant with one count of criminal contempt, and aiding and abetting the same, in violation of Title 18, United States Code, Sections 402 and 2; and

      WHEREAS, the defendant, through counsel, has expressed her intention to enter a guilty plea to the charge set forth in that Superseding Misdemeanor Information;

      IT IS HEREBY ORDERED that this criminal matter is hereby referred to a U.S. Magistrate Judge for all purposes going

forward.

SO ORDERED:

Dated:   New York, New York
         July 9, 2012

*Deborah A. Batts*
HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE